**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-1800**

―――――――――

JOHN MCSHEFFREY,

Plaintiff - Appellant,

v.

LILY I. WILDER, in her individual and Official capacities; RYAN B. DAVIS, in his individual and Official capacities,

Defendants - Appellees.

―――――――――

**No. 22-2131**

―――――――――

JOHN P. MCSHEFFREY,

Plaintiff - Appellant,

v.

LILY I. WILDER, in her individual and Official capacities; RYAN B. DAVIS, in his individual and Official capacities,

Defendants - Appellees.

―――――――――

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert John Krask, Magistrate Judge. (2:21-cv-00630-RJK)

―――――――――

Submitted: January 6, 2023                    Decided: April 12, 2023

————————————

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

John McSheffrey, Appellant Pro Se. Margaret A. Kelly, CITY ATTORNEY'S OFFICE, Norfolk, Virginia.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John McSheffrey appeals the district court's orders denying his motion for a preliminary injunction and denying his motion to amend his notice of appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McSheffrey v. Wilder*, No. 2:21-cv-00630-RJK (E.D. Va. July 18 & Oct. 18, 2022). We grant McSheffrey's corrected motion to file a corrected document, his corrected motions to amend/correct, and his motion for leave to file. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*